UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Kurt D Stover
_____

_____

(Enter above the full name of
plaintiff in this action)

v.

JP Properties - Yorkton Revenny
Joni Kahn
Chad Baumgardner
David L Lash

(Enter above the full name of
the defendant(s) in this action)

CIVIL CASE NO: 1:20-CV-2014
(to be supplied by Clerk
of the District Court)

FILED
HARRISBURG, PA

OCT 3 0 2020

PER _____
DEPUTY CLERK

COMPLAINT

1. The plaintiff Kurt D Stover a citizen of the County of Dauphin State of Pennsylvania, residing at 20 S Catherine St Middletown PA 17057

wishes to file a complaint under 1983 18 USC §241, Battery,
(give Title No. etc.)
Malicious prosecution, Intentional infliction of emotional distress
Failure to intervene, False arrest.

2. The defendant is JP properties of Dauphin Co. & Joni Kahn of York. C Baumgardner and D Lash from York.
(5701 Sunset Drive El56 PA 17112 - JP Property Address)

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper exhibits that give further information of your case, attach them to this completed form. Use as much space as you need. Attach extra sheet(s) if necessary) _____

3. (CONTINUED) Fell and hit my head on a fence at work told employer about my hurt back and knees and begged to not go back to that jobsite he sent me anyway in his vehicle with his employee driving me there and home. Jori Kuhn Owner of home next door to jobsite told officer Dunsederer She witnessed myself throw a trashcan at her face and cause $500 worth of damage. I was charged by mail 3 weeks after the date of incident. Spoke to chief about the malicious intent, the obvious, he did not do his job garnering failure to intervene.

4. WHEREFORE, plaintiff prays that The defendants pay a total of $75,000 dollars for medical bills, legal fees and pain & suffering travel from numerous trips to York & Harrisburg from Millerstown Perry County.

(Signature of Plaintiff)